STATE OF NEW JERSEY v. BETTY WISE.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY LOYLE.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MICHELICHE, JR.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MICHELICHE, JR.

October 6, 1987.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MCCORMICK.

October 6, 1987.

Petition for certification denied.